# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Michelle C. Gable, and Joseph Gable, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER CANCELLING FINAL** |
| | ) | **PRETRIAL CONFERENCE AND** |
| vs. | ) | **GRANTING A CONTINUANCE OF** |
| | ) | **TRIAL** |
| Epic Microsys. d/b/a Lerr Group, Inc., and | ) | |
| Red River Service Corporation, | ) | |
| | ) | Case No. A4-04-040 |
| Defendants. | ) | |

Given the posture of this case, the court finds that a continuance of trial is warranted. Accordingly, the final pretrial conference scheduled for August 31, 2006, and the trial scheduled for September 11, 2006, are cancelled. The court shall conduct a status conference with the parties on November 6, 2006, at 9:00 a.m. to discuss, among other things, rescheduling the trial. The conference shall be conducted by telephone conference call to be initiated by the court.

**IT IS SO ORDERED.**

Dated this 25th day of August, 2006.

                                                      /s/ Charles S. Miller, Jr.
                                                      Charles S. Miller, Jr.
                                                      United States Magistrate Judge