**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Michelle C. Gable, and Joseph Gable, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER SCHEDULING STATUS** |
| | ) | **CONFERENCE** |
| vs. | ) | |
| | ) | |
| Epic Microsys. d/b/a Lerr Group, Inc., | ) | |
| | ) | Case No. 4:04-cv-040 |
| Defendant. | ) | |

_____

The court shall conduct a status conference on February 26, 2008, at 10:00 a.m. (Central Time). The purpose of this conference is to address, inter alia, the status of the Plaintiffs' ongoing efforts to retain counsel. The conference shall be conducted via telephone conference call to be initiated by the court.

**IT IS SO ORDERED.**

Dated this 11th day of December, 2007

/s/ *Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge