**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Michelle C. Gable, and Joseph Gable, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER SCHEDULING STATUS** |
| | ) | **CONFERENCE** |
| vs. | ) | |
| | ) | |
| Epic Microsys. d/b/a Lerr Group, Inc., | ) | |
| | ) | Case No. 4:04-cv-040 |
| Defendant. | ) | |

___

The court shall conduct a status conference on Monday, October 19, 2009, at 10:00 a.m. (Central Time). The purpose of this conference is to address, inter alia, the status of the Plaintiffs' ongoing efforts to retain counsel. The conference shall be conducted via telephone conference call to be initiated by the court.

**IT IS SO ORDERED.**

Dated this 21st day of September, 2009.

                                                     */s/ Charles S. Miller, Jr.*
                                                    Charles S. Miller, Jr.
                                                    United States Magistrate Judge