# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Michelle C. Gable and Joseph Gable, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Epic Microsys. d/b/a Lerr Group, Inc., | ) | |
| | ) | Case No. 4:04-cv-040 |
| Defendant. | ) | |

___

As the court recounted in its order of October 22, 2009, the court has afforded Plaintiff Michelle Gable ("Gable") additional time to retain counsel. The court conducted a telephonic status conference with Gable on December 4, 2009. During the conference, Gable advised the court of her inability to retain new counsel, her apprehension of proceeding pro se, and her desire to withdraw her action against the defendant. Accordingly, the court **ORDERS** that the above-entitled action be **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated this 4th day of December, 2009.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge